# In the United States District Court

Plantiff

**2:20-cv-02090-GMN-DJA**

Thomas Curtis W. (702) 717-0177
1940 Five Feathers
Pahrump NV 89048

vs.

Home Depot
1275 W. Craig rd Las Vegas Nevada 89084
Defendant

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

NOV 12 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Civil Complaint 11/1/20

Witness

In the United States
District Court

Plantiff

Thomas Curtis W.

VS  Home Depot
~~████████████~~

Defendant

Civil Complaint

Serious bodily injury §§210.0
Kidnapping          §§200.
Terrorism           §§2331.

2:20-cv-02090-GMN-DJA

Civil Compl

On the    day of       2019, I Thomas Curtis W was ussaulted and beaten severily for appx. 5 min, as I crawled on my hands and knees yelling for help trying to escape this viscious attack. He then refused to call the police at the exit of the garden section, Only when I yelled "You will call the police" He panicked and called. I suffered a fractured cheek and nose and received a back injection for pain a, had 3 months of chiropractic work done.

____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

NOV 12 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

ThomasCurtis W    10/31/20

**2:20-cv-02090-GMN-DJA**

Plantiff — Civil Complaint
Thomas Curtis W. — Serious Bodily Injury SS2100
vs — Kidnapping SS200.0
Home Depot — BioTerrerism SS2331.
Defendant

ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 12 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## Legal Claim

For the Pyshical assault and the time frame of the incident, The mental anguish and embarrasment of this Occurence. I am asking and feel 7.5 million will suffice for future mental endurement.

Thomas Curtis W. 10/31/2020